UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCCA, LLC,

                Plaintiff,

    - against -

MACCG LLC,

                Defendant.

21-cv-5022 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for September 28, 2021 at 3:00 p.m. is cancelled.

**SO ORDERED.**

Dated:    New York, New York
            September 24, 2021

                                                John G. Koeltl
                                       United States District Judge