UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/28/2022
```

GCCA, LLC,

                         Plaintiff,

          -against-

MACCG, LLC,

                         Defendant.

21-CV-5022 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will conduct a telephonic discovery conference on **January 31, 2022 at 12:00 noon**, regarding defendant's letter-motion dated January 20, 2022 (Dkt. No. 24) and the variousresponses and replies that followed (Dkt. Nos. 26, 29, 31). At that time, the parties are directed to dial (888) 557-8511 and enter the access code 7746387. Prior to the conference, and no later than **9:00 a.m. on January 31, 2022**, defendant shall submit copies of (i) the contested subpoenas, together with any formal objections served on plaintiff regarding those subpoenas, *see* Moses Ind. Prac. § 2(b), and (ii) defendant's initial disclosures, made pursuant to Fed. R. Civ. P. 26(a)(1)(A), together with any amendments, updates, or supplements thereto. *See* Fed. R. Civ. P. 26(e).

It is the Court's intention to decide the dispute at the conference, based on the parties' letters and such argument as may be presented during the conference, unless a party shows good cause why more formal briefing should be required.

Dated: New York, New York
         January 28, 2022

                    **SO ORDERED**.

                    _____
                    **BARBARA MOSES**
                    **United States Magistrate Judge**