UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GCCA, LLC,

        Plaintiff,

-against-

MACCG LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2022

21-CV-5022 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic conference, it is hereby ORDERED that plaintiff's subpoenas to attorneys Georgakopoulos and Tobin are QUASHED, without prejudice to service of new subpoenas in the event defendant seeks to introduce substantive testimony from either attorney concerning the parties' claims and counterclaims.

Dated: New York, New York
       January 31, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**