UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GCCA, LLC,

        Plaintiff,

-against-

MACCG, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/11/2022

21-CV-5022 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' letters dated February 24 (Dkt. No. 35), March 1 (Dkt. No. 39), and March 3, 2022 (Dkt. No. 42), regarding defendant's request for an order quashing the subpoena that plaintiff served upon defendant's bank. The Court will conduct a discovery conference on **March 21, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. If possible, the Court will resolve the dispute at the conference. If necessary, the Court will set a briefing schedule for a formal motion to quash the subpoena. In the meantime, Investors Bank need not comply with, and plaintiff shall take no action to enforce, the subpoena.

Dated: New York, New York
       March 11, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**