```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GCCA, LLC,

          Plaintiff and
    Counterclaim Defendant,

- against -

MACCG LLC,

          Defendant and
    Counterclaim Plaintiff.

21-cv-5022 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons explained at the teleconference held today, the motion for partial judgment on the pleadings dismissing in part the counterclaims is **denied**. The Clerk is directed to close ECF No. 16.

SO ORDERED.

Dated:   New York, New York
         April 12, 2022

                                      John G. Koeltl
                             United States District Judge