UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GCCA, LLC,

        Plaintiff,

-against-

MACCG LLC,

        Defendant.

21-CV-5022 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed with the parties at the conclusion of the settlement conference on July 12, 2022, it is hereby ORDERED that:

1. The parties shall conduct at least one additional good-faith settlement discussion, in real time (that is, in person or by telephone or video conference), during which defendant shall respond substantively to the proposal last made by plaintiff on July 12 and (if the response includes a counterproposal) plaintiff shall respond to that counterproposal.

2. No later than **July 29, 2022**, the parties shall submit a **confidential** joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for Use Only at Settlement Conference," updating the Court on the parties' settlement progress, summarizing each party's most recent position, and advising the Court as to whether, in the parties' view, a continued judicially-supervised settlement conference would be productive.

3. If the parties have not settled their dispute and do not believe that a continued settlement conference would be productive, they shall also file (by the same deadline) a joint status letter on ECF, proposing a schedule for the completion of discovery and remaining pretrial proceedings.

Dated: New York, New York
       July 14, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**