UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
GCCA, LLC,

               Plaintiff,

        -against-

MACCG LLC,

               Defendant.
```

21-CV-5022 (JGK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2022

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during this morning's discovery conference, it is hereby ORDERED as follows:

1. <u>RFPs 9 and 31</u>. With respect to each of MACCG's two PPP loans and one EIDL loan, no later than **September 30, 2022**, defendant shall produce the most complete loan application package it can assemble – whether from its own internal files or data stored online by the relevant authorities – including the application and all documents and data submitted in connection with the application, regardless of whether the documents and data would, standing alone, be responsive to RFPs 9 and 31. The production shall be accompanied by a sworn statement by an officer, director, or employee of MACCG with personal knowledge, verifying that the production constitutes everything that MACCG could locate with respect to the loan applications.

2. <u>Depositions</u>. All remaining depositions shall be completed no later than **October 14, 2022**.

3. <u>Fee Application</u>. Plaintiff's request for attorneys' fees and costs in connection with its discovery letter-motion dated August 29, 2022 (Dkt. 63) is DENIED without prejudice to renewal no later than **October 31, 2022**. If plaintiff seeks fees, it must attach its counsel's contemporaneous time sheets and any other documents

necessary to evidence the hours for which fees are sought and the actual hourly rate charged to and paid (or owed) by the client for those hours.

4. <u>Summary Judgment</u>. Pre-motion letters with respect to summary judgment (*see* Koeltl Ind. Prac. ¶ II.B) shall be filed no later than **November 14, 2022**, addressed to the District Judge.

5. <u>Joint Pretrial Order</u>. The parties' proposed joint pretrial order (*see* Koeltl Ind. Prac. ¶ IV.A) shall be filed no later than **30 days after decision on the summary judgment motion(s)**. If there are no summary judgment motions, the proposed joint pretrial order shall be filed no later than **November 14, 2022**.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. 63.

Dated: New York, New York
       September 21, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**