UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCCA, LLC,

                    Plaintiff,      21-cv-5022 (JGK)

    - against -                           ORDER

MACCG LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court will hold a telephone conference to discuss the plaintiff's anticipated motion for summary judgment on **Monday, November 21, 2022, at 3:00 p.m.** The dial-in is 888-363-4749, and the access code is 8140049.

SO ORDERED.

Dated:    New York, New York
           November 15, 2022

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                              United States District Judge