UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCCA, LLC,

          Plaintiff,

- against -

MACCG, LLC,

          Defendant.

---

21-cv-5022 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Because the motion to intervene has now been decided, the stay in this case is lifted.

SO ORDERED.

Dated:   New York, New York
         June 2, 2023

                                  John G. Koeltl
                            United States District Judge