UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCCA, LLC,

                Plaintiff,

    - against -

MACCG LLC,

                Defendant.

21-cv-5022 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the plaintiff's July 11, 2023 letter. ECF No. 95. The parties are directed to appear, by phone, for a conference on **July 26, 2023**, at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          July 11, 2023

                                      John G. Koeltl
                                  United States District Judge