UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCCA, LLC,

                Plaintiff,

    - against -

MACCG LLC,

                Defendant.

21-cv-5022 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the parties shall submit a stipulation memorializing the plaintiff's dismissal of the claims for money damages by **July 31, 2023**.

The parties' joint pretrial order in connection with the anticipated bench trial is due on **August 25, 2023**. The parties' trial memoranda and proposed findings of fact and conclusions of law are also due on **August 25, 2023**. Any responses to the trial memoranda and proposed findings of fact and conclusions of law are due on **September 8, 2023**. Also by **August 25, 2023,** the parties should advise the Court of any scheduling conflicts that counsel, the parties, or their witnesses may have with a bench trial in late September or early October. The Court will then schedule a pretrial conference and a trial date.

SO ORDERED.

Dated:    New York, New York
           July 26, 2023

                                            John G. Koeltl
                                     United States District Judge