UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

GCCA, LLC,

           Plaintiff,

- against -

MACCG LLC,

           Defendant.
───────────────────────────────

21-cv-5022 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

On July 27, 2023, the Court entered an Order setting various deadlines in connection with the anticipated bench trial in this case. The Court adds that any motions *in limine* are due on **August 25, 2023,** and responses to those motions *in limine* are due on September 8, 2023.

SO ORDERED.

Dated:    New York, New York
            July 27, 2023

                                                  _____
                                                    John G. Koeltl
                                            United States District Judge