```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

GCCA, LLC,

                **Plaintiff,**

      - against -

MACCG LLC,

                **Defendant.**

------------------------------------------------

21-cv-5022 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

By **Friday, September 1, 2023,** the parties shall report to the Court regarding their availability for a bench trial on November 1-3, 2023. The Court notes that the plaintiff appears to have filed two versions of the proposed joint pretrial order, each with different exhibits. <u>See</u> ECF Nos. 116, 119. In their submissions due on Friday, September 1, 2023, the parties should also identify which version of the proposed joint pretrial order is the correct version.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 28, 2023**

                                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                              **United States District Judge**