UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GCCA, LLC,

                Plaintiff,

    - against -

MACCG LLC,

                Defendant.

21-cv-5022 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties have advised that the correct proposed joint pretrial order is docketed at ECF No. 119, and that the version of the proposed joint pretrial order docketed at ECF No. 116 was filed in error. See ECF No. 126. Accordingly, the Clerk of Court is respectfully directed to strike ECF No. 116.

SO ORDERED.

Dated:    New York, New York
            September 6, 2023

                                        John G. Koeltl
                                United States District Judge