UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GCCA, LLC,

               Plaintiff,

    - against -

MACCG, LLC,

               Defendant.

21-cv-5022 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion in limine. ECF No. 114. The parties should ensure that the Court is provided with unredacted paper copies of any memoranda of law and exhibits filed under seal.

SO ORDERED.

Dated:    New York, New York
           September 11, 2023

                                         John G. Koeltl
                                  United States District Judge