UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCCA, LLC,

                Plaintiff,

    - against -

MACCG, LLC,

                Defendant.

21-cv-5022 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hold a final pretrial conference on **Tuesday, October 24, 2023** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            October 20, 2023

                                                  John G. Koeltl
                                          United States District Judge