UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GCCA, LLC,

        Plaintiff,

- against -

MACCG, LLC,

        Defendant.

21-cv-5022 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The motions in limine were decided as indicated on the record at the conference on October 24, 2023.

    The Clerk is directed to close ECF No. 114.

SO ORDERED.

Dated:    New York, New York
          October 25, 2023

                                        John G. Koeltl
                            United States District Judge