UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/29/2024
```

GCCA, LLC,

                    Plaintiff,

          -against-

MACCG LLC,

                    Defendant.

21-CV-5022 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      For the reasons discussed on the record at today's pre-motion conference, plaintiff's application (Dkt. 162) for leave to file a contempt motion is GRANTED. Plaintiff must file its motion papers no later than **June 12, 2024**. Defendant must file its response no later than **June 26, 2024**. Plaintiff must file its reply no later than **July 3, 2024.**

Dated:  New York, New York
           May 29, 2024

                                **SO ORDERED.**

_____
BARBARA MOSES
United States Magistrate Judge